WILLIAM R. CORNELL, Respondent, *v.* FREDERICK M. CORNELL et al., Defendants.
FREDERICK MAHNKEN, Purchaser, Appellant.

(Argued April 10, 1888; decided April 17, 1888.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made February 13,

1888, which affirmed an order of Special Term, requiring the appellant to complete his purchase of property bid off by him at a partition sale.

*N. A. Chedsey* for appellant.

*J. M. Seaman* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.